UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| APPELLEE, | : | |
| V. | : | APPEAL NO. 15-4454 |
| JUAN WILLIS | : | |
| APPELANT. | : | |

MOTION TO WITHDRAW AS APPOINTED COUNSEL

Now comes the Appellant, JUAN WILLIS, by and through his counsel, Brian K. McDaniel, requesting that this court allow the withdraw of Mr. McDaniel as counsel of record in this matter. In support of the same, Appellant proffers the following:

1. Appellant filed his notice of appeal from his sentence in United States District Court of Maryland case no. 12-CR-00623-PJM-2 on June 16, 2015.

2. This court appointed Brian K. McDaniel as appellate counsel to Mr. Willis on July 30, 2015.

3. Mr. Willis has retained the Law Offices of Robinson Rowe in contemplation of the appellate proceedings before this Court.

**WHEREFORE**, it is requested that this court permit the withdraw Brian K. McDaniel as counsel of record in this matter.

Respectfully Submitted,

_____/s/_____
Brian K. McDaniel, Esq.
The McDaniel Law Group, PLLC
1920 L. Street N.W.
Suite 303
Washington, D.C. 20036
Telephone (202) 331 – 0793

CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of August, 2015, I caused a copy of the foregoing motion to be served upon AUSA Adam Ake, Esq., counsel for the government.

_____/s/_____
Brian K. McDaniel, Esq.