FILED: August 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4454

(8:12-cr-00623-PJM-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JUAN CARLOS WILLIS

      Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion to withdraw pending filing of an appearance of counsel form by retained counsel.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk