FILED: March 18, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4454
(8:12-cr-00623-PJM-2)
_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

JUAN CARLOS WILLIS

　　　　Defendant - Appellant

_____

O R D E R
_____

　　　　The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

　　　　Response brief due: 04/26/2016

　　　　Any reply brief permitted within 10 days from service of response brief.

　　　　　　　　　　　　　For the Court--By Direction

　　　　　　　　　　　　　/s/ Patricia S. Connor, Clerk